## BROYLES *v*. PEARSON PIANO COMPANY.

[No. 12,398.    Filed December 10, 1925.]

From Marion Superior Court (A 26,137); *Clinton H. Givan*, Judge.

Action between Ida M. Broyles and the Pearson Piano Company. From the judgment rendered, the former appeals. *Affirmed*. By the court in banc.

*W. E. Henderson*, for appellant.
*Robert N. Fulton*, for appellee.

PER CURIAM.—Affirmed.